UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CASE NO. 5:24-mj-1821 |
| CARLOS JOBANY CASTANEDA LECHUGA | § § § | |

**ORDER**

Upon consideration of Government's Motion to Dismiss, it is hereby ORDERED that the Criminal Complaint in the above-styled and numbered cause be DISMISSED without prejudice as to Defendant, **CARLOS JOBANY CASTANEDA LECHUGA** in the interest of justice.

IT IS FURTHER ORDERED that the Clerk of the United States District Court deliver a copy of this Order to the United States Marshal for the Southern District of Texas.

DONE at Laredo, Texas, this  18th  day of  December  2024.

_____
CHRISTOPHER DOS SANTOS
UNITED STATES MAGISTRATE JUDGE